UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

DOROTHY MILLER
Plaintiff

v.

SAFEWAY STORES INC., et al,
Defendants

Civil Action No: 04-6718
(ESH)
Status: 7/21/05

PLAINTIFF, DOROTHY MILLERS, RULE 26(a)(2)(B) STATEMENT

Comes now, Dorothy Miller, by and through her Attorney of Record, Joan A. Harvill, and provides the following Rule 26(a)(2)(B) Statement as follows:

At the trial of this case, the Plaintiff will call upon Melvin A. Bilal, a security expert and consultant who maintains his office at 4101 Liberty Heights Avenue, Baltimore, Maryland 21207. Mr. Bilal is an expert in the field of industrial security planning and analysis and security guard force management, hiring, training and supervision.

Mr. Bilal is expected to testify based upon his review of the facts, the pleadings, materials and reports produced, the interrogatories and other statements filed by any party herein. Based upon his education, training, experience and expertise, it is his opinion to a reasonable degree of certainty that the security guard services existing at Safeway Stores Inc., were inadequate and breached the standard of care in the industry in the following particulars:

1. The security officer without the consent of Plaintiff offensively touched Plaintiff and ordered her to come with him, an illegal detention, and a violation of the security industry's standard of care.

2. The store manager and security officer searched Plaintiff's belongings without her consent thereby violating the standard of care.

3. The store employees and security officers violated store policies and industry standards in detaining and searching Plaintiff.

4. There was improper screening and hiring of security and store employees which accounted for the injuries to Plaintiff.

5. There was improper training of security and store personnel which lead to the injuries sustained by Plaintiff.

6. There was improper supervision of security and store personnel which lead to the injuries sustained by Plaintiff.

As a result of the above breaches of the standard of are, these breaches were the proximate cause of the injuries and losses sustained by the Plaintiff herein.

The documents reviewed in the course of forming the above opinion were:

1. Safeway Answers to Interrogatories and documents produced in discovery.

2. SecurPros Answers to Interrogatories and documents produced in discovery

3. Copies of the Complaint, Plaintiff's Answers to Interrogatories, Requests for Production of Documents.

Mr. Bilal's Qualifications are stated in his curriculum vitae (attached).

Mr. Bilal's compensation for study and testimony is at the rate of $200.00 per hour.

The cases that Mr. Bilal has testified in as an expert at trial or by deposition in the past four years are:

Creek v. D.C. Sports July 2000, Deposition, Attorney, Gary M. Sidell

John Doe v. Crown Security System Inc., November 2000.

Deposition Attorney Mark D. Palmer.

Bobbie Ann Scale v. Capital Venture 1 Limited Partnership, March 2000.

Deposition Attorney Mark D. Palmer.

Donn McPherson and Donald Benjamin v. Baltimore City Skating, 2003 in the Circuit Court of Baltimore City, Attorney Henry I. Greenberg.

Antwan Williams v. B&R Holdings, LLC et al., April 2003, In the Superior Court of the District of Columbia, Attorney James Mettigan.

Renee Cottingham v. Unlimited Security, et al., 2000, In the Superior Court of the District of Columbia, Attorney, Mark D. Palmer.

Thomas Steele v. D.C. Housing Authority, 2004, Deposition, Attorney, Joan A. Harvill.

Respectfully,

Melvin A. Bilal
4101 Liberty Heights Ave.
Baltimore, MD 21207

# MELVIN A. BILAL

4101 Liberty Heights Avenue* Baltimore, Maryland 21207
(410) 664-6999

# SECURITY CONSULTANT & EXPERT WITNESS

## PROFILE

Security consultant and past Expert Witness with proven track record of more than 25 years of successful security and human resource management, with an emphasis on security guard force operations. Exceptional analytical and problem solving skills. Experienced, knowledgeable, and creative in start-up and turn around management opportunities. Excellent trainer, speaker, and motivator. Possess a solid base of knowledge and experience to draw from. Held leadership positions both in the security and armored car industry associations.

## AREAS OF EXPERTISE

Premise Protection Analysis and Evaluation • Security Guard Force Selection, Training, Motivation and Evaluation • Security Building Surveys • Armored Car and Courier Service Operations • Security Consulting • Human Resources Management • Strategic Planning • Contract Negotiations

## PROFESSIONAL EXPERIENCE

### SECURITY/MANAGEMENT CONSULTANT

**President, Bilal Consulting**  1998-PRESENT
Presently working as a security consultant with special talent in the area of security guard company development, analysis and enhancement for both in-house and contract guard services. For the contract guard services, special emphasis is directed toward business plan development with measurable sales and marketing goals. Additionally, to conduct vulnerability audits of company employment practices and eliminate problem areas that may lead to violations of government regulations.

**Adjunct Professor, Coppin State College**  2000 – PRESENT
Teach various courses in the Criminal Justice Department of Coppin State College, Baltimore, Maryland on a part-time basis.

**President, Bilal Enterprises Inc.**
**d/b/a The Employment Group, Columbia, MD**  1995 – 1998
Served as President and CEO of The Employment Group (TEG), a temporary and permanent staffing firm operating principally in the Washington, D.C. and Baltimore Metropolitan area. *Selected Accomplishments:* (1) Created the company's strategic marketing plan; (2) Initiated and developed partnering and subcontracting relations with companies in various industries; (3) Designed the company's operational system (accounting, purchasing/procurement, management and financial planning); (4) Achieved revenue in excess of $1 million.

**President, Security America Services, Inc., Columbia, MD**  1973 – 1995
Started a security service business, from conception through implementation, with a staff of ten people and experienced growth that resulted in a very successful company with over 800 employees and $8.5 million in annual revenues. Managed day-to-day operations of this multi-million dollar company. Guided the firm and provided leadership for the growth of this company while steadily increasing revenues. *Selected Accomplishments:* (1) Started and set-up two successful divisions – an armored car and courier service (Howard Armored Car & Courier Service) and a temporary help and staffing service (The Employment Group (TEG); (2) Sold firm to an international conglomerate in 1995.

## MANAGEMENT (NON-PROFIT ARENA)

**Chairman, Coppin State College Development Foundation**
**Chairman, Coppin State College Community Development Corporation (CDC)**

1998–Present

1995–1997

Provided strategic planning, new program development, program funding strategies, and financial and operations administration for the Development Foundation. Managed the endowment growth from $393,000 in 1988, to approximately $3 million in 1998. Enhanced visibility, public relations, and alternate sources of revenue. Strengths encompassed program and budget development, grant-writing, fund-raising, personnel and organizational matters. Utilized creativity and risk-taking abilities to develop and implement organization-wide programs. Excellent team and coalition building skills. Changed the complexion of the board, by promoting diversity and cohesiveness within the organization. Initiated Building Projects. Worked closely with HUD, Baltimore City, and other funding and community support agencies in the rehabilitation of the surrounding community. Reconstructed the area around Copping State College to include building a Neighborhood Center and a Community Nursing Center.

## EMPLOYMENT PRIOR TO 1973

Director of Security, Rouse Company, Columbia, MD • Assistant Professor, Catonsville Community College, Catonsville, MD • Acting Assistant Principal & Teacher, Woodland High School, Hartsdale, NY • Commissioned Officer, United States Army

## EDUCATION

J.D., University of Pennsylvania School of Law, Philadelphia, PA
B.S., University of Illinois, Champaign/Urbana
Graduate Studies, Criminology, University of Pennsylvania
Graduate Studies, Education, Johns Hopkins University, Baltimore, MD
Officer Candidate School (OCS), United States Army

## SPECIAL ACHIEVEMENTS & RECOGNITION

Republican Party Nominee, Lt. Governor, State of Maryland, 1986
Presidential Appointee, The National White House Conference on Small Business
SBA Small Business Person of the Year, State of Maryland & Region #3, 1983
Man of the Year, Baltimore Marketing Association, 1979

## PROFESSIONAL AFFILIATIONS

Director, Provident Bank of Maryland, current
International Association of Professional Security Consultants, current
International Association of Chiefs of Police, current
American Society of Industrial Security, current
Member, Young Presidents Organization, past
Director and founding Member, The Jim Rouse Entrepreneurial Fund, past
Director, Grotech Minority Partners Venture Capital Fund, past
Advisory Board, Baltimore Economic Development Corporation, past
Vice President, Independent Armored Car Operators' Association, past

## PAST BOARD OF DIRECTOR AFFILIATIONS

The Kennedy Krieger Foundation • Blue Cross & Blue Shield of Maryland
Health & Welfare Council of Baltimore • Maryland Chamber of Commerce
Baltimore Museum of Art • Maryland Museum of African American Art

## REFERENCES

Available Upon Request