UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOROTHY MILNER,

   Plaintiff,

      v.

SAFEWAY STORES, INC., SECURITY
PROTECTIVE SERVICES, INC.,
   Defendants.

Civil Action No. 04-1870 (JMF)

**ORDER**

In accordance with the accompanying Memorandum Opinion, the following is, hereby,

**ORDERED:**

1. As to <u>Interrogatory Number 2</u>, SecurPros' counsel must make sure that it has made the addresses available to plaintiff's counsel and also send her whatever phone numbers he may have.

2. As to <u>Interrogatory Number 3</u>, defendant must provide information as to those instance in which it was sued for 1) assault and battery, 2) false arrest, 3) negligence, and 4) negligent hiring, training, and supervision for the six years prior to the event in question.

3. As to <u>Interrogatory Number 25</u>, defendant must provide information as to how the guards are trained with respect to interactions with members of the public, particularly where the guards suspect that an individual may have stolen something from the store. Defendant must also indicate how the persons alleged

         to have been involved with plaintiff were being supervised that day and the criteria for hiring such employees, to include whether they may or may not have criminal records.

4.    As to <u>Request Number 2</u>, defendant must provide the following: (a) the portion or section of any training manual Security maintains that deals with how the guards are trained with respect to interactions with members of the public, particularly where the guards suspect that an individual may have stolen something from the store; (b) the training records of the two employees who interacted with plaintiff and of the supervisor on duty that day (if any) pertaining to the topic identified in subsection (a).

5.    As to <u>Request Number 6</u>, defendant must provide all materials that specify the procedures to be followed when its employees suspect that a person may have stolen or shoplifted an item, insofar as it has not already done so and insofar as those materials have not been turned over pursuant to Request Number 2.

6.    As to <u>Request Number 7</u>, defendant must provide any materials that indicate under what circumstances an employee may be disciplined for a violation of company policy pertaining to interaction with the public, including suspected shoplifters.

7.    As to <u>Request Number 15</u>, defendant must provide information pertaining to complaints about the two named security guards that were working on November 2, 2003 for three years prior to the incident.

8.    As to <u>Request Number 18</u> , defendant must provide information regarding the

hiring and promotion of SecurPros guards insofar as the information relates to the hiring of all persons who occupied the positions of the persons who interacted with plaintiff and their supervisors.

**SO ORDERED.**

                                                _____
                                                JOHN M. FACCIOLA
                                                UNITED STATES MAGISTRATE JUDGE

Date: