UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOROTHY MILNER,**<br><br>Plaintiff,<br><br>v.<br><br>**SAFEWAY STORES, INC., SECURITY PROTECTIVE SERVICES, INC.,**<br>Defendants. | Civil Action No. 04-1870 (JMF) |

**ORDER**

In accordance with my Memorandum Opinion and Order issued January 13, 2006, defendant SecurPros will have until February 10, 2006 to fully comply, if it has not already done so.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Date: